STATE OF NEW JERSEY v. GARY FELTON.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN MOORE.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DOUGLAS ERNST.

April 19, 1989.

Petition for certification denied.   (See 230 *N.J.Super.* 238).

STATE OF NEW JERSEY v. JESSIE FOAT.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID GUY BALDWIN.

April 19, 1989.

Petition for certification denied.